# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Magistrate Case No. 20-16078

v.

Reynaldo J. Reyes

**ORDER**

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 9th day of September, 2020

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE